IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRYAN J. STROTHER,

    Petitioner,                   2:05-cv-1097-GEB-GGH-P

    vs.

STATE OF CALIFORNIA,

    Respondent.             <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding with counsel, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On November 3, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Petitioner has filed objections to the findings and recommendations.

        The magistrate judge recommended that respondent's motion to dismiss be granted. In particular, the magistrate judge found that claim 2 of the petition was not exhausted. In his objections, petitioner argues that claim 2 is exhausted but requests permission to file an amended petition deleting claim 2 if the court adopts the findings and recommendations.

1

1   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-
2   304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire
3   file, the court finds the findings and recommendations to be supported by the record and by
4   proper analysis.
5   Accordingly, IT IS HEREBY ORDERED that:
6   1.  The findings and recommendations filed November 3, 2005, are adopted;
7   2.  Respondent's July 18, 2005, motion to dismiss is granted;
8   3.  Petitioner is granted twenty days from the date of this order to file an amended
9   petition containing his exhausted claim only; respondent shall file a response to the amended
10  petition thirty days thereafter; petitioner may file a reply thirty days thereafter; if petitioner does
11  not file an amended petition within this time, this action will be dismissed.
12  Dated:  January 26, 2006

```
/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge
```

2